D+f

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DOCKET &

---

Ronnie Worthen,

    Plaintiff,

v.

Creditors Financial Group LLC; and
DOES 1-10, inclusive,

    Defendants.

Civil Action No.: 10-cv-5966

---

### NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Ronnie Worthen ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 9, 2011

                Respectfully submitted,

                By: /s/ Sergei Lemberg

                Sergei Lemberg (SL 6331)
                Lemberg & Associates L.L.C.
                1100 Summer Street, 3rd Floor
                Stamford, CT 06905
                Telephone: (203) 653-2250
                Facsimile: (877) 795-3666
                Attorneys for Plaintiffs

SO ORDERED  *The clerk is requested to close this case.*
Feb. 11, 2011
s/KAM

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg
Sergei Lemberg